UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re:

Russell Fragala
aka Russell L. Fragala,

                Debtor.
----------------------------------------------------------------x
Myer's Lawn Care Services, Inc.,

                Plaintiff,

v.

Russell Fragala,

                Defendant.
----------------------------------------------------------------x

Case No. 8-19-75714-reg

Chapter 7

Adv Proc. No. 8-19-08150-reg

## JUDGMENT

For the reasons set forth in this Court's Decision, dated September 22 2022, it is hereby adjudged as follows:

1. Plaintiff has an allowed claim in this bankruptcy case subject to offset by any distribution in *In re Russ Fragala Landscape Corp.*, Case No. 20-73335;

2. Plaintiff's claim is not non-dischargeable under 11 U.S.C. § 523(a)(2)(A); and

3. Plaintiff's claim is not non-dischargeable under 11 U.S.C. § 523(a)(6).



Dated: Central Islip, New York
September 22, 2022

Robert E. Grossman
United States Bankruptcy Judge